UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| *versus* | : CRIMINAL NO. 09-34-RET-CN |
| JODY L. STEVENS | : |

### ORDER

Considering the United States' Dismissal,

**IT IS HEREBY ORDERED** that leave of Court is granted for the filing of the dismissal of Counts Two and Three of the Indictment, Criminal No. 09-34-RET-CN.

DONE AND SIGNED at Baton Rouge, Louisiana, this 8th day of March, 2010.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT